## IN THE

# SUPREME COURT OF THE STATE OF GEORGIA,

## AT SAVANNAH.

## JUNE TERM, 1859.

Present—JOSEPH H. LUMPKIN,
      HENRY L. BENNING,    } Judges.
      LINTON STEPHENS.

---

## BROWN, Adm'r, vs. STRICKLAND.

An administrator's letters are not abated by his removal out of the
State.

Trover in Wayne superior court. Tried before Judge
COCHRAN, at February Term, 1859.

This was an action of trover by William M. Brown, as
administrator of Aaron Strickland, deceased, against
John Strickland, jr., for the recovery of a family of ne-
groes, alleged in the declaration to belong to plaintiff, as
administrator aforesaid.

At the trial it appeared and was admitted, that since
the commencement of the suit, the plaintiff had removed
from the State, and was now a resident and citizen of the

Styles vs. The State.

State of Florida.    Whereupon the court held and decided that plaintiff's letters of administration abated and determined by his removal from the State, and that the same could not be admitted in evidence in support of his title in this cause.

To which decision counsel for plaintiff excepted and assigned the same as error.

J. S. WIGGINS, and NORWOOD & WILSON, for plaintiff in error.

J. O. L. & B. F. HARRIS, and T. T. LONG, *contra.*

*By the Court.*—STEPHENS, J., delivering the opinion.

In the case of Walker vs. Torrence, reported in 12 Ga. Rep., this court held that an executor's letters were not abated by his removal out of the State.    The opinion in that case was well considered, and we are entirely satisfied with it.    There being no difference in principle between the case of an executor and that of an administrator in respect to this matter, the judgment below must be reversed.

Judgment reversed.